**Richard Lee PUTNAM, Petitioner–Appellant,**

v.

**Barry KANODE, O.I.C., Respondent–Appellee.**

**No. 01–7664.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Richard Lee Putnam, Appellant Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Lee Putnam appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Putnam v. Kanode,* No. CA–660–7 (W.D.Va. Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*